# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>WAYNE GLYMPH<br><br>*Defendant* | ) Case: 1:23-cr-00394<br>) Assigned To : McFadden, Trevor N.<br>) Assign. Date : 11/9/2023<br>) Description: Indictment (B)<br>) Related Case: 20-cr-90 (TNM)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     WAYNE GLYMPH                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Detectable Amount of Heroin;

FORFEITURE: 21 U.S.C. § 853(a) and (p)

2023.11.09
17:27:33 -05'00'

Date:   11/09/2023                                                                                     *Issuing officer's signature*

City and state:   WASHINGTON, D.C.                              G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
                                                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* 11/9/2023 , and the person was arrested on *(date)* 11/29/2023
at *(city and state)* Port Tobacco, MD .

Date: 11/29/2023

                                                                                                    *Stephanie Barta*
                                                                                          *Arresting officer's signature*

                                                                                                    GS Stephanie Barta
                                                                                                *Printed name and title*