UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 23-cr-394 (TNM) |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iv) and (vi),** |
| | : | **841(b)(1)(B)(i) and 846** |
| **WAYNE GLYMPH,** | : | **(Conspiracy to Distribute and Possess with the** |
| | : | **Intent to Distribute 400 Grams or More of a** |
| Defendant. | : | **Mixture or Substance Containing a Detectable** |
| | : | **Amount of Fentanyl, 100 Grams or More of a** |
| | : | **Mixture and Substance Containing a** |
| | : | **Detectable Amount of Any Analogue of** |
| | : | **Fentanyl, 100 Grams or More of a Mixture or** |
| | : | **Substance Containing a Detectable Amount of** |
| | : | **Heroin, and 1 Kilogram or More of a Mixture** |
| | : | **and Substance Containing a Detectable** |
| | : | **Amount of PCP)** |
| | : | |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. § 853(a) and (p)** |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 2021 and continuing until on or about November 2023, the Defendant, **WAYNE GLYMPH**, within the District of Columbia and elsewhere, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree to knowingly, intentionally, and unlawfully manufacture, distribute, and possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, 100 grams or more of a mixture and substance containing a detectable amount of any analogue of fentanyl, 100 grams or more of a mixture or substance containing a detectable amount of heroin, and 1 kilogram or more of a mixture and substance containing a detectable amount of PCP, all Schedule II narcotic drug

1

controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iv), (b)(1)(A)(vi), (b)(1)(B)(i) and 846.

**(Conspiracy to Distribute and Possess with the Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Mixture and Substance Containing a Detectable Amount of Heroin,** in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iv) and (vi), 841(b)(1)(B)(i) and 846

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.

## MONEY JUDGEMENT

The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

## SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following:

1. $2,000 in United States Currency and
2. A ring with clear stones and with an appraisal from Stuart Hermans, Inc.

## SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28. United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

JEANINE F PIRRO
United States Attorney

BY: _____/s/_____
GEORGE P ELIOPOULOS
Assistant United States Attorney
D.C. Bar No. 390601
MATTHEW W KINSKEY
Assistant United States Attorney
D.C. Bar No. 1031975
Violent Crime & Narcotics Trafficking Section
601 D Street, NW, Fifth Floor
Washington, DC 20530
202-252-7272
202-252-7649
george.p.eliopoulos@usdoj.gov
matthew.kinskey@usdoj.gov